UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORCAS-COTHY KABASELE,<br><br>    Plaintiff,<br><br>    v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>    Defendant. | Case No. 21-cv-07458-MMC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 46 |

Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta") and non-party Jeff Childs have moved to quash the deposition of Childs, Ulta's former Chief Human Resources Officer. ECF No. 46.  The deposition subpoena was not attached as an exhibit to the motion, but the motion states that Childs' deposition is noticed for December 20, 2022.

The Court **ORDERS** Plaintiff to file a response by December 19, 2022.  Ulta and Childs may file an optional reply brief no later than noon Pacific time on December 20, 2022.  In the meantime, Childs' deposition is **STAYED**.

**IT IS SO ORDERED.**

Dated: December 16, 2022

THOMAS S. HIXSON  
United States Magistrate Judge