UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORCAS-COTHY KABASELE, an individual<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.; JANELLE WRIGHT; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:21-cv-07458-MMC<br><br>Honorable Maxine M. Chesney<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: September 24, 2021<br>Trial: June 12, 2023 |

**[PROPOSED] ORDER**

In consideration of the Parties' Joint Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and for good cause shown:

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 27, 2023

_____
The Honorable Maxine M. Chesney
Senior Judge of USDC for The Northern District Of California

Respectfully submitted,

*/s/ Leo Q. Li*
Jon D. Meer
Leo Q. Li
Laura E. Heyne
Counsel for Defendant Ulta Salon, Cosmetics & Fragrance, Inc.